UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-21379-CIV-SEITZ/TURNOFF

| | |
|---|---|
| JEFFREY JOEL JUDY, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SC (WESTLAND PROMENADE) LIMITED PARTNERSHIP, a Delaware Limited Partnership, | ) ) ) ) |
| Defendant. | ) ) |
| _____/ | |

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this action have reached an agreement regarding all substantive issues in dispute. The parties are currently in the process of reducing their agreement to writing and anticipate filing a joint stipulation for dismissal within ten (10) days once all parties have executed the agreement. The parties further request that the Court adjourn all upcoming hearings and deadlines while they finalize their settlement.

Dated: July 11, 2016

Respectfully Submitted,                                 Respectfully Submitted,

/s/ Louis Mussman                                         /s/ Jeremy E. Slusher
Louis Mussman, Esq.                                      Jeremy E. Slusher, Esq.
Florida Bar No. 597155                                   Fla. Bar No. 145769
Louis@kumussman.com                                      jes@syrlawfirm.com
Ku& Mussman, P.A.                                        Slusher Yellin & Rosenblum, P.A.
6001 NW 153rd Street, Suite 100                          324 Datura Street, Suite 324
Miami, Florida 33014                                     West Palm Beach, FL 33401
Tel: (305) 891-1322                                      Tel: (561) 814-2020
Fax: (305) 891-4512                                      Fax: (561) 557-4598

*Attorneys for Plaintiff*                                *Attorneys for Defendant*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jeremy E. Slusher, Esq.
Slusher Yellin & Rosenblum, P.A.
324 Datura Street, Suite 324
West Palm Beach, FL 33401

                                            /s/ Louis I. Mussman
                                            Louis I. Mussman, Esq.