UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21379-CIV-SEITZ/TURNOFF

JEFFREY JOEL JUDY,
        Plaintiff,

vs.

SC (WESTLAND PROMENADE)
LIMITED PARTNERSHIP,
        Defendant.
_____/

## ORDER OF FINAL DISMISSAL

THIS CAUSE is before the Court on the parties' Stipulation of Dismissal [DE 19]. Pursuant to the Stipulation, it is

ORDERED THAT

(1)    This action is **DISMISSED**.

(2)    All pending motions are **DENIED AS MOOT**.

(3)    The case is **CLOSED**.

DONE AND ORDERED in Miami, Florida, this 22rd day of July, 2016.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:    All counsel of record
       Hon. William C. Turnoff